THE LAW FIRM OF

# CONNORS & CONNORS
PC

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

John P. Connors (1955-2003)
John P. Connors, Jr.*

Susan E. O'Shaughnessy
Robert J. Pfuhler**

Michael P. DeCarlo
Tara P. Mandelbaum
Irwin D. Miller
Gavin C. Fields
Erik J. McKenna
Michael J. Hemway**
Anthony R. Maddaluno**

600 Third Avenue
New York, New York 10016

New Jersey Office
Morris Brook Commons
Suite 6
422 Morris Avenue
Long Branch, New Jersey 07740

Of Counsel
William J. Russo

January 8, 2019

**ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

Re: Rajacic v. Costco
Case No.     : 18-cv-4212
Our File No. : DCW 26625
D/A          : 3/18/18

Dear Judge Reyes:

The undersigned represents the defendant Costco in the above captioned matter and write to you, on behalf of both parties, requesting an adjournment of the status conference presently scheduled for January 16, 2019. Due to a scheduling conflict, the undersigned is required to be at a client meeting in Dallas, Texas all day on January 16, 2019. In addition, the parties are currently in settlement discussions. If the case is not settled, we expect that we will complete fact discovery by February 22, 2019 and expert discovery, with the exception of expert depositions by March 22, 2019.

We thank you for allowing us to address you in this manner and appreciate your consideration of our request.

Respectfully submitted,

John P. Connors, Jr. (6514)
Jpc@connorslaw.com

JPC/py

* Member NY, NJ & DC Bars          ** Member NY, NJ Bars